LINA SOMMER, Appellant and Respondent, *v.* PAUL SOMMER, Respondent and Appellant.

Argued April 23, 1937; decided May 25, 1937.

*Alexander U. Zinke* and *Charles W. Silver* for plaintiff, appellant and respondent.

*Paul A. Crouch* and *John A. Miller* for defendant, respondent and appellant.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.